**Christine Sandra McLENDON, Plaintiff–Appellant,**

v.

**Parris HOYT, Manager, Shelor Chevrolet; Lieutenant Albert; J.D. Epperly, Police Officer; Shaffer and Strominger, G.M.C., Defendants–Appellees.**

No. 02–2453.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided March 25, 2003.

Christine Sandra McLendon, Appellant Pro Se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Christine Sandra McLendon appeals the district court's order dismissing her civil suit for lack of jurisdiction and/or improper venue. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McLendon v. Hoyt,* No. CA–02–795 (E.D. Va. filed Nov. 1, 2002 & entered Nov. 4, 2002). We deny McLendon's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*